UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDEEP ROY CHAUHAN,

                        Plaintiff,

-against-

GOOGLE INC.,

                        Defendant.

21-CV-9410 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 19, 2021, the Court received a notice of voluntary dismissal from Plaintiff, *see* ECF No. 6, seeking to have this action "voluntarily dismissed without prejudice." The Court grants Plaintiff's request. This action is therefore dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 20, 2021
              New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                        Chief United States District Judge